UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALI HUSSEIN EL-MOUSSAWI,

       Defendant.
_____/

Case No. 25-mc-50550

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
JULY 17, 2025 REPORT AND RECOMMENDATION [11]**

This garnishment action was initiated by the government in an attempt to enforce the judgment entered against Defendant Ali Hussein El-Moussawi in criminal case no. 19-20821. Defendant filed a request for hearing and a motion requesting "a temporary pause or reduction of the current garnishment order." (ECF Nos. 4, 7.) Those matters were referred to Magistrate Judge Kimberly G. Altman. (ECF Nos. 5, 8.) Before the Court is the Magistrate Judge's report and recommendation to deny both the request and motion because no order of garnishment has been entered in this case. (ECF No. 11.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 11). Accordingly, Defendant's request and motion (ECF Nos. 4, 7) are DENIED.

SO ORDERED.

                                                <u>s/Nancy G. Edmunds</u>
                                                Nancy G. Edmunds
                                                United States District Judge

Dated: August 20, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2025, by electronic and/or ordinary mail.

                                                <u>s/Marlena Williams</u>
                                                Case Manager